UNITED STATES DISTRICT COURT ——————————————— Western District of Michigan

**FILED - GR**

August 4, 2026 11:52 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: _____ , 8-7

Claire Fitzgerald

V.

**1:26-cv-2243**

Paul L Maloney - U.S. District Judge

James R. Baugher, Eric Komitee

Michael Loguercio, Margo K. Brodie,

Defendants do not honor gay rights, while this Court must instruct them.

Punitive damage is sought.

Claire Fitzgerald

Claire Fitzgerald
277 Walnut Ave,
Oklahoma City, OK 73159

DV DANIELS NJ  070
30 JUL 2025  PM 8  L

U.S. District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503-236399